■ In the Matter of ALIYAH B., Appellant, v TALIBY K. et al., Respondents. [50 NYS3d 879]—Appeal from order, Family Court, Bronx County (Robert D. Hettleman, J.), entered on or about February 8, 2016, which dismissed the petition for guardianship brought pursuant to article 6 of the Family Court Act, unanimously dismissed, without costs, as moot.

Petitioner's request for guardianship is now moot as the child's adoption by his maternal aunt and foster parent was finalized in November 2016 (*see Matter of Alexis C. [Jacqueline A.]*, 99 AD3d 542, 543 [1st Dept 2012], *lv denied* 20 NY3d 856 [2013]; *Matter of Iyanna KK. [Edward KK.]*, 141 AD3d 885, 886 [3d Dept 2016]). In any event, under the circumstances, the petition was properly dismissed where the petitioner's parental rights had been terminated (*see Matter of Mandju S.K. [Aliyah B.D.]*, 120 AD3d 1133 [1st Dept 2014], *lv denied* 24 NY3d 911 [2014]), the child freed for adoption, and both the Administration for Children's Services and the attorney for the child opposed the petition. Concur—Sweeny, J.P., Acosta, Renwick, Moskowitz and Kahn, JJ.